Case 3:08-cr-01163-LAB   Document 1   Filed 03/18/2008   Page 1 of 2
AUSA



**FILED**
MAR 1 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8242

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Francisco OLEA-Nieto,<br><br>Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about March 17, 2008, within the Southern District of California, defendant Francisco OLEA-Nieto did knowingly and intentionally import approximately 80.04 kilograms (176.08 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Renato Gates
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 18TH DAY OF MARCH 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Francisco OLEA-Nieto

### STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Renato Gates.

On March 17, 2008, at approximately 1610 hours, Francisco OLEA-Nieto entered the United States at the Calexico, CA, East Port of Entry. OLEA-Nieto was the driver and sole occupant of a 1984 Toyota Pickup.

At primary inspection, OLEA-Nieto gave a negative Customs declaration to Customs and Border Protection Primary Officer (CBPO) D. Montero. During questioning, OLEA-Nieto advised CBPO Montero he bought the car 3 weeks prior and was on his way to Wal-Mart in Calexico. While inspecting the vehicle CBPO Montero noticed fresh paint on the vehicle and referred OLEA-Nieto and the vehicle to secondary for a more intensive inspection.

In the vehicle secondary lot, Canine Enforcement Officer (CEO) D. Ragsdale utilized his Human and Narcotic Detector Dog (HNDD), which alerted and responded to the rear of the vehicle by sitting. A subsequent inspection of the vehicle revealed twenty-eight (28) packages concealed within a non-factory bed compartment. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 28 packages had a combined net weight of approximately 80.04 kilograms (176.08 pounds) of marijuana.

OLEA-Nieto was arrested for importation of marijuana into the United States. OLEA-Nieto was advised of his rights, per Miranda, in the Spanish language. OLEA-Nieto stated he understood his rights and was willing to answer questions without the presence of an attorney. OLEA-Nieto admitted knowledge of marijuana concealed in the vehicle and was to be paid $5,000 pesos for the smuggling venture. OLEA-Nieto also admitted to receiving an up front smuggling fee of $5,000 pesos. OLEA-Nieto admitted knowing smuggling drugs into the United States was illegal.