```
                                              FILED
                                              APR 15 2008
                                       CLERK, U.S. DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA
                                       BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1163-LAB |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| FRANCISCO OLEA-NIETO, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about March 17, 2008, within the Southern District of California, defendant FRANCISCO OLEA-NIETO, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 80.04 kilograms (176.08 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: April 15, 2008.

KAREN P. HEWITT
United States Attorney

/s/ John of Weir

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
4/15/08