AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| FRANCISCO OLEA-NIETO | CASE NUMBER: 08MJ8242 <br> 08CR1163-LAB |

I, FRANCISCO OLEA-NIETO, the above named defendant, who is accused of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4-15-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Francisco Olea Nieto_
Defendant

_signature_
Counsel for Defendant

Before _signature_
Judicial Officer