UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 08CR01163-001 |
| v. | O R D E R |
| FRANCISCO OLEA-NIETO, | |
| Defendant. | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for July 28, 2008 is vacated and reset to September 8, 2008 at 9:30 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 6/29/08

Larry A. Burns
U.S. District Judge

cc: all counsel of record

/cjj